# EXHIBIT B

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**DUANE GEORGE,**

*Plaintiff*,

**v.**

**EQUIFAX INFORMATION SERVICES,
LLC,** *et al.*

*Defendants*.

**CASE NO. 1:26-cv-02523**

## NOTICE OF CONSENT TO REMOVAL

Defendant Trans Union LLC, by counsel, gives this Court and the parties to this action Notice of its consent to the removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. Without waiving its affirmative defenses, Defendant Trans Union LLC hereby fully joins in with the Notice of Removal filed by Defendant Navy Federal Credit Union, and to which this Notice is attached as an Exhibit.

Dated: July 20, 2026

By: */s/ Warren F. Cangany*_____
Warren F. Cangany

*Authorized Representative for Defendant Trans Union LLC*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

<table>
<tr><td>

**DUANE GEORGE,**

    *Plaintiff*,

**v.**

**EQUIFAX INFORMATION SERVICES,
LLC,** *et al.*

    *Defendants*.
</td><td>

**CASE NO. 1:26-cv-02523**
</td></tr>
</table>

**NOTICE OF CONSENT TO REMOVAL**

Defendant Santander Consumer USA, Inc., by counsel, gives this Court and the parties to this action Notice of its consent to the removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. Without waiving its affirmative defenses, Defendant Santander Consumer USA, Inc. hereby fully joins in with the Notice of Removal filed by Defendant Navy Federal Credit Union, and to which this Notice is attached as an Exhibit.

Dated: July 20, 2026

By: */s/ Madeline C. Bergstrom*
Madeline C. Bergstrom, DDC Bar # 90020102
Nelson Mullins Riley & Scarborough LLP
901 15th Street NW, Suite 1200
Washington, DC 20005
T: (202) 689-2889
F: (202) 689-2860
madeline.bergstrom@nelsonmullins.com

*Counsel for Defendant Santander Consumer USA, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DUANE GEORGE,**

    *Plaintiff*,

**v.**

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*

    *Defendants*.

**CASE NO. 1:26-cv-02523**

**NOTICE OF CONSENT TO REMOVAL**

Defendant Experian Information Solutions, Inc., by counsel, gives this Court and the parties to this action Notice of its consent to the removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. Without waiving its affirmative defenses, Defendant Experian Information Solutions, Inc., hereby fully joins in with the Notice of Removal filed by Defendant Navy Federal Credit Union, and to which this Notice is attached as an Exhibit.

Dated: July 20, 2026

By: */s/ Miriam Weinstock*
Miriam Weinstock (Bar ID 90018519)
VENABLE LLP
750 E. Pratt Street, Suite 900
Baltimore, Maryland 21202
T (410) 244-7504
F (410) 244-7742
Mweinstock@venable.com

*Counsel for Defendant Experian Information Solutions, Inc.*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**DUANE GEORGE,**

    *Plaintiff*,

**v.**

**EQUIFAX INFORMATION SERVICES, LLC,** *et al.*

    *Defendants*.

**CASE NO. 1:26-cv-02523**

**NOTICE OF CONSENT TO REMOVAL**

Defendant Equifax Information Services, LLC, by the undersigned authorized representative, gives this Court and the parties to this action Notice of its consent to the removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. Without waiving its affirmative defenses, Defendant Equifax Information Services, LLC hereby fully joins in with the Notice of Removal filed by Defendant Navy Federal Credit Union, and to which this Notice is attached as an Exhibit.

Dated: July 20, 2026          By: */s/ Carley Thompson*

                         *Authorized Representative for Defendant Equifax Information Services, LLC*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **DUANE GEORGE,** | |
| *Plaintiff*, | |
| **v.** | |
| **EQUIFAX INFORMATION SERVICES, LLC,** *et al.* | **CASE NO. 1:26-cv-02523** |
| *Defendants*. | |

**NOTICE OF CONSENT TO REMOVAL**

Defendants Discover Bank and Capital One, N.A., by counsel, gives this Court and the parties to this action Notice of its consent to the removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. Without waiving its affirmative defenses, Defendants Discover Bank and Capital One, N.A. hereby fully joins in with the Notice of Removal filed by Defendant Navy Federal Credit Union, and to which this Notice is attached as an Exhibit.

Dated: July 20, 2026

Respectfully submitted,

**MCGUIREWOODS LLP**

*/s/ Blaec C. Croft*
Blaec C. Croft
Tower Two Sixty
260 Forbes Ave., Suite 1800
Pittsburgh, PA 15222
Phone: (412) 667-6057
Email: bcroft@mcguirewoods.com

*Counsel for Defendants Discover Bank and Capital One, N.A.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**DUANE GEORGE,**

     *Plaintiff*,

**v.**

**EQUIFAX INFORMATION SERVICES,
LLC,** *et al.*

     *Defendants*.

**CASE NO. 1:26-cv-02523**

**NOTICE OF CONSENT TO REMOVAL**

     Defendant Spring Oak Capital, LLC, by counsel, gives this Court and the parties to this action Notice of its consent to the removal of this action from the Superior Court of the District of Columbia to the United States District Court for the District of Columbia. Without waiving its affirmative defenses, Defendant Spring Oak Capital, LLC hereby fully joins in with the Notice of Removal filed by Defendant Navy Federal Credit Union, and to which this Notice is attached as an Exhibit.

Dated: July 20, 2026

Respectfully submitted,

THE LAW OFFICES OF RONALD S. CANTER, LLC

*/s/ Matthew W. Fogleman*

Matthew W. Fogleman, Esquire, #1029783
2200 Research Boulevard, Suite 560
Rockville, Maryland 20850
301.424.7490 (telephone) | 301.424.7470 (facsimile)
mfogleman@roncanterllc.com (email)
**Counsel for Defendant,
Spring Oak Capital, LLC**