**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| DUANE GEORGE, | Civil Action No. 1:26-cv-02523 |
| Plaintiff, | |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION LLC; NAVY FEDERAL CREDIT UNION; DISCOVER BANK; CAPITAL ONE, N.A.; EXETER FINANCE LLC; SANTANDER CONSUMER USA INC.; and SPRING OAKS CAPITAL, LLC, | |
| Defendants. | |

**DEFENDANT CAPITAL ONE, N.A.'S
MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant Capital One, N.A. (for itself and as successor by merger to Defendant Discover Bank) ("Capital One"), by and through its undersigned attorneys, hereby moves this Court to dismiss Plaintiff Duane George's ("Plaintiff") Complaint for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6).  Capital One incorporates by reference its Memorandum of Law in support of its Motion to Dismiss, filed contemporaneously with this Motion.  A proposed order is attached for the Court's consideration.

WHEREFORE, Capital One, N.A. respectfully request that this Court grant its Motion and dismiss Plaintiff's Complaint with prejudice for failure to state a claim upon which relief can be granted.

Dated: July 27, 2026

Respectfully submitted,

By:     */s/ Blaec C. Croft*
Blaec C. Croft (PA ID No. 204013)
McGuireWoods LLP
Tower Two-Sixty

260 Forbes Avenue, Suite 1800
Pittsburgh, PA 15222
T:  412-667-6057
bcroft@mcguirewoods.com

*Attorneys for Defendants Capital One, N.A. and Discover Bank*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on <u>July 27, 2026</u>, a true and correct copy of the foregoing has been served upon the following counsel of record and/or parties via the Court's ECF filing system, email and/or U.S. First Class mail, postage prepaid to:

Duane George
101 56th Street SE
Washington, DC 20019
duane.george@mail.com

*Pro Se Plaintiff*

*/s/ Blaec C. Croft*
Blaec C. Croft